NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Faisal Gill (SBN 263416)
Gill Law Firm
11330 Ventura Blvd
Studio City, CA 91604
310-418-6675
202-318-5331 (fax)
Fgill@glawoffice.com

ATTORNEY(S) FOR: Plaintiff Pulham LTD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pulham Ltd

Plaintiff(s),

v.

Stepan Martorosian; William Westwood; Valentin Gasparyan; Envision Entertainment

Defendant(s)

CASE NUMBER:

2:20 19830

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Pulham Ltd_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Vitaly Grigoriants | Owner of Pulham |

3-3-2020
Date

Faisal Gill
Signature

Attorney of record for (or name of party appearing in pro per):

Pulham Ltd

CV-30 (05/13)                                     NOTICE OF INTERESTED PARTIES