UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-01980-RGK-AFM | Date | September 20, 2021 |
|---|---|---|---|
| Title | Pulham Holdings, Ltd. v. Stepan Martirosian, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Sheri Kleeger | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Armen Mitilian | |

**Proceedings:**   **PRETRIAL CONFERENCDE**

    Case called.  The plaintiff is not present.  Court and defense counsel confer re status of the case. Jury Trial is on calendar for October 5, 2021 and no pretrial documents have been filed.  The Court sets an Order to Show Cause hearing as to why the case should not be dismissed for lack of prosecution for October 5, 2021 at 9:00 a.m.

    The Jury Trial remains on calendar for October 5, 2021 at 9:00 a.m.

    **IT IS SO ORDERED.**

                                                    :    04

Initials of Preparer    sw