Faisal Gill (SBN 263416)
Gill Law Firm
1901 Avenue of the Stars
Suite 1060
Los Angeles, CA 90067
310-418-6675
212-260-8255 (fax)
Fgill@glawoffice.com

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULHAM HOLDINGS, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> STEPAN MARTIROSIAN, et al., <br><br> Defendants. | Case No. 2:20-cv-01980-RGK-AFM <br><br> [Hon. Judge R. Gary Klausner, Courtroom 850] <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE** <br><br> Action Filed: February 28, 2020 <br> Trial Date: October 5, 2022 |

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Date: October 4, 2021     By: *Gary Klausner*
                              Judge R. Gary Klausner

1

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE